# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-9536 FMO (SSx) | Date | April 17, 2017 |
| Title | Stephen Yagman v. Ferguson Enterprises, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):     Attorney Present for Defendant(s):

None Present     None Present

**Proceedings:** (In Chambers) Order To Show Cause

On December 27, 2016, pro se plaintiff Stephen Yagman ("plaintiff"), filed a Complaint against several defendants relating to allegedly defective kitchen appliances. (See Dkt. 1, Complaint at ¶¶ 4-15). On March 21, 2017, the court issued an Order to Show Cause Re: Dismissal Re: Lack of Prosecution (Dkt. 38, "OSC") requiring plaintiff "to show cause in writing on or before March 28, 2017, why this action should not be dismissed for lack of prosecution" because it appeared that defendant Bosch GmbH ("Bosch") had not been served with the summons and complaint. (See id.). The OSC indicated that the filing of a proof of service or an answer by Bosch would be satisfactory responses. (See id.). As of the date of this Order, plaintiff has not filed a response to the OSC. (See, generally, Dkt.).

Because it appears that Bosch may be a foreign entity, (see Dkt. 39, Defendants Notice Motion to Dismiss at 1 n. 1), the court will continue the OSC to permit plaintiff one final opportunity to show cause why Bosch should not be dismissed from this action.

Based on the foregoing, IT IS ORDERED THAT:

1. No later than **April 27, 2017**, plaintiff shall show cause in writing why Bosch should not be dismissed from this action for lack of prosecution.

2. Plaintiff is admonished that failure to file a timely response by the April 27, 2017, deadline shall result in Bosch being dismissed from this action for lack of prosecution and for failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Initials of Preparer     vdr